IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR150 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES HAZELWOOD, et al., | ) | |
| | ) | BILL OF PARTICULARS |
| Defendants. | ) | REGARDING FORFEITURE |

NOW COMES the United States of America, by undersigned counsel, and respectfully submits this Bill of Particulars Regarding Forfeiture.

On April 7, 2010, a 37 count indictment was returned in the above-captioned case.  The indictment included a forfeiture provision, which is incorporated herein by reference.

By this Bill of Particulars, the United States specifies that it will seek the forfeiture of the following property under the forfeiture provision contained in the indictment, including, but not limited to the following properties:

1. 3665 TW Henderson Road, Cumming, Georgia, Permanent Parcel No. 242105, titled to: James Hazelwood;

2. 402 Branch Wood Lane, Jacksonville, Florida, Permanent Parcel No. 1485280036, titled to John Joseph Rovedo;

3. Urb. Monet Grande, Cabo Rojo, Puerto Rico, Finca: 10651 Tomo: 323 Folio: 46, titled to: Dora Maria Fernandez Montalvo.

>STEVEN M. DETTELBACH
>United States Attorney
>
>By: /s/ Herbert J. Villa
>Herbert J. Villa
>Reg. No. 0010682
>Rebecca C. Lutzko
>Reg. No. 0069288
>Assistant U.S. Attorneys
>801 West Superior Avenue
>Suite 400
>Cleveland, Ohio 44113
>Phone: (216) 622-3735
>       (216) 622-3888
>Fax:   (216) 522-7499
>herbert.villa@usdoj.gov
>Rebecca.lutzko@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of April, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            <u>/s/ Herbert J. Villa</u>
                                            Herbert J. Villa
                                            Assistant U.S. Attorney