RE:    PROPERTY CURRENTLY OWNED
                                      BY JAMES HAZELWOOD

                            CROSS REFERENCE:
                                    **DEED BOOK 4284 PAGE 608**
                                    **FORSYTH COUNTY RECORDS**

```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
                        DIVISION

UNITED STATES OF AMERICA       :
                               :     CRIMINAL INDICTMENT
         v.                    :
                               :     NO. 1:10CR150
JAMES HAZELWOOD, et al.,       :
                               :
                               :
         Defendants.
```

<u>NOTICE OF LIS PENDENS RE: FORFEITURE</u>

    NOTICE IS HEREBY GIVEN, that on April 7, 2010, an INDICTMENT was filed in the Northern District of Ohio, Eastern Division, charging the defendants with violations of Title 21 United States Code, Sections 841, 846 and 848 and Title 18 United States Code Sections 1956 and 1957.  Additionally, on April 15, 2010, a Bill of Particulars Regarding Forfeiture was filed which incorporated the forfeiture provision of the Indictment, and specified that the United States will particularly seek the forfeiture of, among other things, the following real property located at 3665 TW Henderson Road, Cumming Georgia, Permanent Parcel No. 242105, and more fully described as follows:

> **All that tract or parcel of land lying and being in Land Lot 292 of the 14th District, 1st Section, Forsyth County,**

**Georgia, Tract 2, being 1.13 acres, as per plat recorded in Plat Book 93, Page 223, Forsyth County, Georgia Records, to which plat reference is made for a more detailed description.**

titled in the name of James Hazelwood, together with all appurtenances thereto, improvements thereon, furnishings and fixtures. The foregoing is subject to forfeiture to the United States of America under the provisions of 21 U.S.C. §§ 853 and 881 and/or 18 U.S.C. § 982.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k), prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

    Respectfully submitted,

    STEVEN M. DETTELBACH
    UNITED STATES ATTORNEY
    NORTHERN DISTRICT OF OHIO


    /s/ Herbert J. Villa
    Herbert J. Villa
    Assistant U.S. Attorney
    Ohio Bar No. 0010682
    801 West Superior Avenue
    Suite 400
    Cleveland, Ohio 44113
    (216) 622-3735